IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00559-AP

MONICA T. BROWN,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Plaintiff.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.  APPEARANCES OF COUNSEL**

    For Plaintiff:

    s/Gordon W. Williams
    Gordon W. Williams
    Attorney for Plaintiff/Applicant
    143 Union Blvd., Suite 270
    Lakewood, Colorado 80228
    Telephone: 303-988-2841
    Fax No. 303-988-0445
    Email: gwilliamsefile@jeffcolaw.net

    For Defendant**:**

    JOHN F. WALSH
    United States Attorney

    WILLIAM G. PHARO
    Assistant United States Attorney
    United States Attorney's Office
    District of Colorado

    Debra J. Meachum
    Special Assistant United States Attorney
    10001 17th Street, Sixth Floor
    Denver, Colorado  80202
    Telephone:  (303) 844-1570
    debra.meachum@ssa.gov

    Attorneys for Defendant

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

A.  Date Complaint Was Filed: **3/2/12.**
B.  Date Complaint Was Served on U.S. Attorney's Office: **3/21/11.**
C.  Date Answer and Administrative Record Were Filed: **5/21/12.**

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff attorney states that certain evidence he sent to the Appeals Council is not included in the record.  Counsel for the parties conferred.  The undersigned counsel for the Commissioner is checking with the Appeals Council to determine if the evidence was reviewed on administrative appeal and should be part of the certified record.  She expects a response and, if appropriate, a supplemental record, within 20 days.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence, but Plaintiff's attorney may submit the evidence mentioned above if it was not reviewed by the Appeals Council and not made part of the certified record.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7.    OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8.    BRIEFING SCHEDULE (for the reasons set forth in paragraph four above, counsel for the parties request that briefing commence an additional 20 days beyond the usual time frame)**

A.  Plaintiff's Opening Brief Due:        **8/13/12 (August 11th falls on a Saturday)**
B.  Defendant's Response Brief Due:  **9/11/12**
C.  Plaintiff's Reply Brief (If Any) Due: **9/26/12**

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

A.    Plaintiff's Statement:  Plaintiff does not request oral argument.
B.    Defendant's Statement: Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

     A.    ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

     B.    (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1© BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

     DATED this 12th day of June, 2012.

                                           BY THE COURT:

                                           *s/John L. Kane*
                                           U.S. DISTRICT COURT JUDGE

APPROVED:

**For Plaintiff:**

s/Gordon W. Williams
Gordon W. Williams
Attorney for Plaintiff/Applicant
143 Union Blvd., Suite 270
Lakewood, Colorado 80228
Telephone: 303-988-2841
Fax No. 303-988-0445
Email: gwilliamsefile@jeffcolaw.net

**For Defendant:**

JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office
District of Colorado

**s/Debra J. Meachum**
By: Debra J. Meachum
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 17th Street
Denver, Colorado 80202
(303) 844-1570
debra.meachum@ssa.gov