IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **12-cv-559-AP**

**MONICA T. BROWN,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER FOR ENTRY OF JUDGMENT

Kane, J.

In light of Plaintiff's Motion for Entry of Judgment and Withdrawal of Objection to Defendant's Motion for Entry of Judgment [doc. #29], filed June 6, 2014, the Motions for Entry of Judgment [docs. #25 &29] are **GRANTED**.

Judgment shall enter in favor of Plaintiff and against defendant pursuant to Fed.R.Civ.Rule 58(b).

Dated:  June 10, 2014.

                          BY THE COURT:

                          *s/John L. Kane*
                          JOHN L. KANE, SENIOR JUDGE
                          UNITED STATES DISTRICT COURT