**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 12-cv-00559-AP

MONICA T. BROWN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.[1]

---

FINAL JUDGMENT

---

Pursuant to and in accordance with the ORDER filed by the Honorable Judge John L. Kane, on June 10, 2014, it is hereby

ORDERED that Defendant's Motion for Entry of Judgment (Filed 3/14/14; Doc. No. 25) is GRANTED.  It is

FURTHER ORDERED that Plaintiff's Motion For Entry of Judgment and Withdrawal of Objection to Defendant's Motion for Entry of Judgment (Filed 6/6/14; Doc. No. 29) is GRANTED.  It is

FURTHER ORDERED that Judgment shall enter in favor of Plaintiff, Monica T. Brown, and against Defendant, Michael J. Astrue, Commissioner of Social Security pursuant to Fed. R. Civ. P. 58(b).

Plaintiff may have her costs upon the filing of a Bill of Costs within fourteen days of the date of entry of judgment.

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin, who as of Feb. 14, 2013 has been named as the Acting Commissioner, is automatically substituted for Michael J. Astrue as the defendant in this suit.

Dated at Denver, Colorado this 12th day of June, 2014.

                                           FOR THE COURT:
                                           JEFFREY P. COLWELL, CLERK

                                  By:  s/   Bernique Abiakam

                                           Courtroom Deputy Clerk

Approved by the Court:
*s/ John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT