IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-559-AP**

**MONICA T. BROWN,**

        Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

        Defendant.

---

## ORDER

---

Kane, J.

This matter is before the court on a variety of motions still pending in this now closed case.  The tone and tenor of the pleadings in this case is not appreciated.  This sort of back and forth sniping has no place in this court.

Plaintiff's Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b) [doc. #27] filed June 4, 2014 is denied as prematurely filed.

Defendant's Motion to Strike Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act as Premature [doc. #32], filed June 11, 2014 is denied as utterly ridiculous.  This motion was filed after the court had entered an order directing that judgment enter, but before the actual judgment could be processed through the clerk's office in the normal course of business.

Defendant shall respond to Plaintiff's Motion for Attorneys Fees Under the Equal Access to Justice Act**,** 28 U.S.C. §2412 [doc. #31], filed June 10, 2014, on or before July 1, 2014.

Dated at Denver, Colorado, this 20th day of June, 2014.

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT